FILED IN THE<br>
U.S. DISTRICT COURT<br>
EASTERN DISTRICT OF WASHINGTON<br>
<br>
**Aug 11, 2021**<br>
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN G. HALL,<br><br>Defendant. | No. 1:21-PO-08111-MKD-1<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br><br>**ECF No. 10** |

Before the Court is Defendant's Motion to Dismiss Case (ECF No. 10).[1] The United States does not oppose the motion. Accordingly;

**IT IS ORDERED:**

1. Defendant's Motion to Dismiss Case (**ECF No. 10**) is **GRANTED**. This case shall be **DISMISSED WITHOUT PREJUDICE**.

---

[1] Defendant's Motion to Dismiss does not specify whether dismissal is sought with or without prejudice. Absent such specification, the Court will treat the motion as a motion to dismiss without prejudice. If Defendant intended to seek a dismissal with prejudice, Defendant shall re-file the motion and so indicate.

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

2.  The status conference set for Friday, August 13, 2021 at 11:00 AM before Judge Dimke in Yakima, Washington, shall be **STRICKEN**.

3.  The District Court executive is directed to file this Order, provide copies to counsel, and close the file.

DATED August 11, 2021.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2